IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JAVONDA SCRUGGS, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 4:14CV00375-JJV |
| PULASKI COUNTY, ARKANSAS, | * | |
| | * | |
| Defendant, | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 29th day of December, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1